IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 76.185.46.33

**ISP:** Spectrum
**Physical Location:** DeSoto, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/16/2019 17:58:55 | 0389E8303B29429339E71A7BF109BC43BF208303 | Fifty Shades of Kate |
| 02/05/2019 23:35:02 | FB84F005B198570DEBC57B02B615249FA6C669E2 | Fashion Show Fucking |
| 02/05/2019 23:33:24 | DBADB5297A88111AD4820864B7EF1F21AA822354 | One Romantic Evening of Hot Sex |
| 07/13/2018 22:47:18 | 338E6089ED2288374F4E9E2AB8E928F8842068DB | Lingerie Birthday Surprise |
| 05/06/2018 21:50:13 | 96FD6A8F10B937A445307D35BA129BFC4AAD3531 | Hot and Wet |
| 05/06/2018 21:16:51 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 11/27/2016 19:55:29 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 11/20/2016 23:10:13 | 5BF326FBAAF87F3E750F080DCE085011E562EBBE | Forbidden Fruit |
| 11/20/2016 23:07:31 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 10/03/2016 21:28:06 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 09/11/2016 06:23:47 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

NTX61